James Skinner, #193387

ASPC - Eyman, Browning

PO Box 3400

Florence, AZ. 85132

☒ FILED    ☐ LODGED

# Oct 01 2013

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In The United States District Court

For The District Of Arizona

| James Skinner, pro se, | CV12-1729-PHX-SMM-LOA |
|---|---|
| Plaintiff, | |
| V. | Plaintiff's Motion To Compel |
| Charles Ryan, et al., | Discovery. |
| Defendants | |

On August 11, 2013, pursuant to Fed. R. Civ. P. 26 ‡ 34, Plaintiff served eight (8) requests for documents on Defendant Ryan. Thirty-six (36) days later Ryan responded objecting to each request refusing to produce any documents except nineteen (19) incomplete and random pool sheets from Browning that that skip weeks and even months, but none from Central Unit. See Ryan's responses with the incorporated requests attached hereto as "Exhibit A".

The requests are clearly "relevant to any party's claim or defense" to several written and verbal statements made by some Defendants, maintenance and other ADX staff, and are reasonably calculated to lead to the discovery of admissible evidence, to which Ryan repeats the same blanketing objection.

A majority of these relevant documents were previously requested,

-1-

provided and relied upon by this very Court in its ruling to partially deny Defendants summary judgment in a nearly identical conditions claim. Skinner V. Ryan, cv09-2152-PHX-SMM-LOA, Order, Doc 89-1, pp. 6-13, FN3.

Ironically the same cell inspection forms proffered then by the Defendants, and summarily rejected by the Court for their mis-representation by the Defendants, and because "Plaintiff[s] signature does not appear on any of these forms, although there is a designated spot for the inmate to sign" id at p.10, Ryan now claims the one that is signed and dated by Plaintiff and witness by ADC staff, and that states the pre-existing condition of the cell, as well as Plaintiff's request for the means to address the conditions, constitutes a threat to the safe and orderly operation of the prison unit. This repeated objection, as the Court will see below, is unsubstantiated and nothing more than the Defendants attempt to designate themselves the exception to Fed. Rule 26.

The empirical and uncontrovertible evidence is 1) Since 2006 all of Plaintiff's cases have been assigned to this Court, 2) Plaintiff has request and received similar, and the exact same documents in each case, 3) neither has it ever been alleged to this Court during or even after any case or proceeding that Plaintiff misused or caused any operational safety or security problems at any maximum security unit as a result of possessing the documents, nor has it ever been alleged that he has acted in bad faith while using said documents even after unfavorable rulings, and there have been some as the Court noted in a recent ruling (though Plaintiff disagrees with the totality of the implied characterization). Nevertheless, the Defendants throw rocks then hide their hands seeking to evade discovery of their awareness of pre-existing and widespread conditions, and the pervasive collective inaction of officials. Fairley V. Luman, 281 F3d 913, 917 (9th Cir 2002)

(evidence of collective inaction resulting in constitutional violations is sufficient basis for liability); *Grandstaff V. City of Borger*, 767 Fed.2d, 170 (5th Cir 1985); *Bd. of Commers V. Brown*, 520 US 397, 401-05 (1997); *Surprenant V. Rivas*, 424 F3d5, 19 ¦ FN6 (1st Cir 2005) (constructive or actual notice inferred be evidence of widespread or pervasive custom).

*Request No1: Budget Records, No2: Sanitation Records, No.3: Compliance Records, No 4: Maintenance Records, No5: Department Directives, No 6: Plaintiff's ADC records, No 7: Defendant Disciplinary Records, No 8: Documents Relevant To Any Defense.*

For nine (9) months the Defendants, maintenance and other ADC staff used refuses to fund, lack of funds limited funds, other priorities and funding issues, and as Defendant Boltuszewlcz put it, ADC is broke, as the excuse for their collective corrective inaction (Doc. #3, pp. 6-8).

In response to Plaintiff's August 2, 2011 complaint once again detailing the conditions, statements, and ADC inaction, as he has done so many times before, Defendant Duarte "determined" it to be "a FACT that there are many toilets needing repairs throughout the unit and maintenance does have a list they are working on to try to fix the problems with limited funds" (Exh. B). The response confirms the statements of the executive staff and maintenance - the "problems" were in "fact" widespread and preexisting - and that funding was the excuse for the inaction, which also demonstrates knowledge of ADC budgeting practices.

In a similar response to Plaintiff's August 2, 2011 grievance #A01-143-11, Fizer states "CO II Boltuszewlcz investigated your concerns. It has

been determined that your toilet, due to other priorities and funding issues cannot be repaired/replaced at this time." (Exh. C). It again demonstrates and confirms previous awareness of ADC's budgeting practice by Baltusz-ewicz, of Fizer, Hetmer and Ryan's budgetary customs and decisions as she has advised Plaintiff that their corrective action was because ADC was broke. Further, it demonstrates that the Defendants decided it was cheaper to deny Plaintiff's constitutional rights for nine (9) months than to afford them. McCord V. Maggio, 927 F.2d 844, 847 (5th Cir 1991); see also, Jones V. Johnson, 781 F.2d 769, 771 (9th Cir 1986) (applying universal principal to cruel and unusual punishment, Eighth Amendment, cases) (citing Spain V. Procunier, 600 F.2d 189, 200 [9th Cir 1979]); Thomas V. Baca, 2006 WL 137343 (C.D, Cal 2006); McDowell V. Brown, 392 F.3d 1283, 1291 (11th Cir 2004) (there must be a look to whether a complete review of the budget decisions reveals that the budgeting authority should have known that a potential plaintiff's injury would be surely a plainly obvious consequence of the budget decision).

The discovery documents will show that the Defendants knew what their duties were as to the sanitation requirements, and that despite their duties and the numerous forms and procedures to ensure compliance of subordinates, they acquiesced and ratified misconduct by accepting and unquestioningly approving documents that show non compliance. Hannon V. Madera, 859 F.2d 797, 802 (9th Cir 1988) (Policymakers accepting and approving documents without questioning as to their propriety, ratified misconduct and may not insulate themselves from liability); Bouman V. Block, 940 F.2d 1211, 1231 (9th Cir 1991); Larez V. City of Los Angeles, 946 F.2d 630, 646 (9th Cir 1991) (Evidence that a policy-maker or supervisory official condoned, ratified or encouraged the kind of unconstitutional conduct of which complaint is made

would suffice for official and supervisory liability); Meriotti V. City of Seattle, 409 F.3d 1113, 1151 (9th Cir 2005).

The maintenance records document how many work orders were submitted on Plaintiff's toilet. The Maintenance Work Order Requests are dated, numbered, show who submitted it, what work was requested, what work was completed, by whom and how long it took. For the Courts convenience, Plaintiff attaches hereto as "Exit D" a work order from a previous case as a sample for review. (Please note that as stated above, p2, the empirical evidence shows Plaintiff's possession of such documents has not posed a threat to the operation of any prison unit). The remaining records show what made correcting the problem so cost prohibitive that the Defendants would rather risk being sued than correcting the problems.

The Directives show chain of command, duties of supervisors, acceptable and unacceptable conduct and performance and profession- alism, as well as "accountability and consequences for misconduct. See, Henry V. County of Shasta, 132 F.3d 512, 520 (9th Cir 1997) (A failure to terminate or reprimand officers may be evidence of a policy or custom of deliberate indifference to their misconduct); Crooks V. Nix, 872 F.2d 800, 803 (8th Cir 1989) (A plaintiff may maintain a theory of direct liability against officials who fail to properly train, or direct, or control the actions of a subordinate who cause injury); Bordanaro V. McLeod, 871 F.2d 1151, 1162 (1st Cir 1989) (Absence of strictly enforced disciplinary system may lead officers to believe they would not be sanction for their misconduct).

The Defendants disciplinary records would be relevant under Henry, Crooks, and Bordanaro, as well as Fed. R. Civ. P 26 as they are relevant to Plaintiff's claim, especially given the statements of

Defendants Trianna and Tillman, and Alvarez's failure or refusal to properly supervise, direct or control his subordinate's conduct (Doc #8, pp. 9-13)

Additionally, despite CDII Fewel stating the cell cleaning days (plural) per post order, submitting his findings to Defendant (once along with his "already stated request that renewed emphasis unit wide be put on this simple, necessary, REQUIRED practice of issuing cleanser, scrub brush, broom and dust pan to each inmate twice each week", his "building a case for action" because of the continued collective inaction, his response to Plaintiff, saying "No, I never told anyone the section was corrected by me or anyone else. Yesterday I advised a.m. briefing what a proper cell cleaning issue means" (Exh. E), Ryan still acquiesced to his subordinates refusal to adhere to post orders and ratifies their misconduct by reducing the scheduled days and eliminating all of the "necessary" and "required" equipment listed above by Fewel to a toilet brush? then, stating "No further action is required" (Exh. F). The Defendants believed, and Ryan confirmed, that they would not be sanctioned for their misconduct. Bordanaro v. McLeod, 871 F.2d at 1162

At every turn the Defendants have used Plaintiff's maximum security designation to deny him everything from a toilet that does not flood his cell, to a mop to address it, to the above named "required" cleaning equipment so he may maintain a minimally sanitary cell, to any of the requested documents relevant to an Eighth Amendment claim challenging those conditions. The Defendants wish to control the narrative in this regard by scouring Plaintiff's records without granting Plaintiff access to those same records. Plaintiff is aware that the Defendants cannot use an inmate's

security or custody designations as an excuse to impose and sustain conditions that violate the Eighth Amendment's prohibition against cruel and unusual punishment, Toussaint v. McCarthy, 801 F.2d 1080, 1093 (9th Cir 1986). If conditions violate the Eighth Amendment, ALL PRISONERS HAVE THE RIGHT to be FREE OF such conditions. This right does not VARY depending on the threat that the individual prisoner presents to institutional security, yet they have, and as the attached exhibits reflect, they still do. Because they continue down this proscribed path, whether as a defense to Plaintiff's claims or as a defense for not disclosing discoverable evidence, the documents are "Relevant to any ... defense"

Records such as Interstate Corrections Compact - Progress Report, (Exh. 6), prepared by ADC on Oct 24, 2012, and done so every six (6) months, would be relevant to either of the above defenses claiming threats to security. It states Plaintiff "presents a quiet and respectful demeanor", that since 2008 has had a "perfect record of behavior" earning him a recommendation for a custody reduction. The document was provided to Plaintiff seven (7) months ago by the MA. Parole Board with no impact on operational safety or security. The Defendants simply wish to conceal such records which support Plaintiff's claims or refute theirs.

If they cannot rely on the above designations as an excuse to impose and sustain proscribed conditions and conduct, arguably, they should not be allowed to hide behind those designations to conceal and withhold evidence exposing those conditions and conduct.

For the foregoing reasons, Plaintiff requests that the court Order the Defendants to disclose the records within seven (7) days.

Respectfully submitted

James Skinner

Dated: September 30, 2013



A

1  Thomas C. Horne
   Attorney General
2
   MICHAEL J. HRNICEK
3  Assistant Attorney General
   Arizona State Bar No. 022900
4  1275 West Washington Street
   Phoenix, Arizona 85007-2926
5  Phone: (602) 542-1610
   Fax:    (602) 542-7670
6  E-mail: Michael.Hrnicek@azag.gov

7  *Attorneys for Defendants*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10  James Skinner,

11          Plaintiff,                    No. CV 12-01729-PHX-SMM (LOA)

12  v.                                    **DEFENDANT RYAN'S RESPONSES**
                                          **TO PLAINTIFF'S *FIRST* REQUEST**
13  Charles L. Ryan, et al.,                   **FOR PRODUCTION**

14          Defendants.

15

16          Pursuant to Fed. R. Civ. P. 34, Defendant Charles L. Ryan, through undersigned

17  counsel, submits his response to Plaintiff's *First* Request for Production ("RFP") to

18  Defendant Ryan dated September 16, 2013, as follows:

19  **RFP No. 1:** "Budget Records:  For the relevant time frame produce any and all ADC
    budget records for ASPC - Florence and ASPC - Eyman including detailed
20  documentation for any line items related to plumbing repair, flooding incidents,
    plumbing maintenance, cleaning supplies and equipment, inmates cleaning crews, and
21  prophylactic supplies for dealing with potential infectious bodily fluids or either
    infectious contaminants for Central and Browning Units."
22

23  **RESPONSE TO RFP No. 1:**

24          **Objection.   Defendant objects to this request as vague, burdensome,**
    **overbroad, irrelevant, argumentative, assumes facts not established, requires**
25  **speculation and conclusion, and not calculated to lead to the discovery of admissible**
    **evidenced.   The request also seeks documents that in the possession of the inmate**
26  **population constitute a threat to the safe and orderly operation of the prison unit**
    **and particularly the maximum security units that house Plaintiff. Furthermore, this**
27  **request is effectively a request for every document related to the operation and**
28  **maintenance of two prison complexes. Finally, Plaintiff has available to him all**

ADC policies and procedures that are not restricted from inmate possession at the prison library or upon request to the prison library.

**RFP No. 2:** "<u>Sanitation Requirements</u>:  For the relevant time frame produce any and all documents showing ADC policy, procedures, post orders, directives, standards and Arizona law regarding ADC duties or requirements for maintaining adequate cell, recreation cage, and outer staircase sanitation for Central and Browning Units including any and all work crew records whether said crews were inmate crews or contractors."

**RESPONSE TO RFP No. 2:**

        **Objection.   Defendant objects to this request as vague, burdensome, overbroad, irrelevant, argumentative, assumes facts not established, requires speculation and conclusion, and not calculated to lead to the discovery of admissible evidenced.  The request also seeks documents that in the possession of the inmate population constitute a threat to the safe and orderly operation of the prison unit and particularly the maximum security units that house Plaintiff. Finally, Plaintiff has available to him all ADC policies and procedures that are not restricted from inmate possession at the prison library or upon request to the prison library.**
        **Without waiving the foregoing objections, Defendant produces at Exhibit A inmate Skinner's Detention Record Bates ## AG/Skinner 000001-0000019.**

**RFP No. 3:** "<u>Compliance records</u>:  For the relevant time frame produce any and all records which show or are in any way evidence of available cleaning supplies and equipment, as well as the supplies and equipment actually distributed both to Plaintiff and other prisoners at Central and Browning Units including any and all daily activity schedules, individual inmate detention records, cleaning equipment inventory and check out records, and correctional service logs generated during the normal course of ADC operations at each of Plaintiffs housing locations, any and all audit reports or records."

**RESPONSE TO RFP No. 3:**

        **Objection.   Defendant objects to this request as vague, burdensome, overbroad, irrelevant, argumentative, assumes facts not established, requires speculation and conclusion, and not calculated to lead to the discovery of admissible evidenced.  The request also seeks documents that in the possession of the inmate population constitute a threat to the safe and orderly operation of the prison unit and particularly the maximum security units that house Plaintiff. Finally, Plaintiff has available to him all ADC policies and procedures that are not restricted from inmate possession at the prison library or upon request to the prison library.**
        **Without waiving the foregoing objections, Defendant produces at Exhibit A inmate Skinner's Detention Record Bates ## AG/Skinner 000001-0000019.**

**RFP No. 4:** "<u>Maintenance Records</u>:  For the relevant time frame produce all Central Unit maintenance records regarding either the repair or replacement of toilets or toilet plumbing including any and all work orders, repair or replacement costs or estimates, names of suppliers, lists of all broken toilets or otherwise in need of repair or

replacement, maintenance logs, and an all documentation showing requests for funding to repair or replace toilets or plumbing."

**RESPONSE TO RFP No. 4:**

**Objection.   Defendant objects to this request as vague, burdensome, overbroad, irrelevant, argumentative, assumes facts not established, requires speculation and conclusion, and not calculated to lead to the discovery of admissible evidenced.  The request also seeks documents that in the possession of the inmate population constitute a threat to the safe and orderly operation of the prison unit and particularly the maximum security units that house Plaintiff.  Finally, Plaintiff request is far beyond the bounds of this lawsuit and his complaint of one leaky toilet.**

**RFP No. 5:** "Department Directives:  For the relevant time frame produce any and all Department Orders (DO), Director's Instructions (DI), Institutional Orders (IO), Memorandums, Directives or emails regarding employee conduct, performance, and professionalism including ADC performance factors, ADC supervisory issues manual, DO 105 Information Reporting, DO 501 Employee Professionalism, Ethics and Conduct, DO 514 Performance Appraisal for Correctional employees (PACE), DO 601 Administrative Investigation and Employee Discipline, Town Hall Meeting dates and records of proceedings."

**RESPONSE TO RFP No. 5:**

**Objection.     Defendant   objects   to   this   request   as   vague,   burdensome, overbroad, irrelevant, argumentative, assumes facts not established, requires speculation and conclusion, and not calculated to lead to the discovery of admissible evidenced.   The request also seeks documents that in the possession of the inmate population constitute a threat to the safe and orderly operation of the prison unit and particularly the maximum security units that house Plaintiff.  Finally, Plaintiff has available to him all ADC policies and procedures that are not restricted from inmate possession at the prison library or upon request to the prison library.**

**RFP No. 6:** "Plaintiff's ADC Records:   Produce and all documents regarding or referencing Plaintiff, under the custody and control of any ADC employee at any ADC facility, including incident reports, evaluations, cell block two (MAX Phase Program) screening and removal records or reports, classification and disciplinary records, institutional inmate letters and responses, incoming and outgoing correspondence, grievance records, interstate corrections compact records, memorandums or emails, and master file."

**RESPONSE TO RFP No. 6:**

**Objection.     Defendant   objects   to   this   request   as.  vague,   burdensome, overbroad, irrelevant, argumentative, assumes facts not established, requires speculation and conclusion, and not calculated to lead to the discovery of admissible evidenced.  The request also seeks documents that in the possession of the inmate population constitute a threat to the safe and orderly operation of the prison unit**

3

and particularly the maximum security units that house Plaintiff. Finally, Plaintiff has available to him all ADC policies and procedures that are not restricted from inmate possession at the prison library or upon request to the prison library and he is provided with a copy off documents such as classification and disciplinary records, institutional inmate letters and responses, incoming and outgoing correspondence, grievance records at the time created.

**RFP No. 7:** "Defendant Disciplinary Records: Produce any and all documents regarding the employee disciplinary and criminal histories known to exist under each Defendant's name and employee identification number (EIN) including PACE records, reprimands, suspensions, and terminations or any other administrative or criminal action taken against them."

**RESPONSE TO RFP No. 7:**

Objection. Defendant objects to this request as vague, burdensome, overbroad, irrelevant, argumentative, assumes facts not established, requires speculation and conclusion, and not calculated to lead to the discovery of admissible evidence. The request also seeks documents that in the possession of the inmate population constitute a threat to the safe and orderly operation of the prison unit and particularly the maximum security units that house Plaintiff.

**RFP No. 8:** "Any and all documentation which supports any defense which may be raised at trial including ADC count sheets with the names, ADC numbers, and housing locations of each inmate whether named or referenced individually or as a group in any defense regarding who was not given cell or cleaning supplies and equipment in accordance with ADC policy or custom, any and all documents specific to each inmate evidence as to the reason(s) they were not permitted to receive cleaning supplies and equipment."

**RESPONSE TO RFP No. 8:**

Objection. Defendant objects to this request as vague, burdensome, overbroad, irrelevant, argumentative, assumes facts not established, requires speculation and conclusion, and not calculated to lead to the discovery of admissible evidence. The request also seeks documents that in the possession of the inmate population constitute a threat to the safe and orderly operation of the prison unit and particularly the maximum security units that house Plaintiff and further constitute prohibited documents related to other inmates, their identity, housing locations and movement.

Other than documents previously, Defendants will supplement this response when more documents become available.

1       RESPECTFULLY SUBMITTED this 16th day of September, 2013.

2

               Thomas C. Horne
3                Attorney General

4

5                Michael J. Hrnicek
               Assistant Attorney General
6                *Attorneys for Defendants*

7

ORIGINAL of the foregoing MAILED
8 this 16th day of September, 2013, to:

9 James Skinner, ADC #193387
ASPC - Eyman - Browning Unit
10 P.O. Box 3400
Florence, Arizona 85132-3400
11 *Plaintiff Pro Se*

12

13 Secretary to Michael J. Hrnicek
AMR/#3509457

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ARIZONA DEPARTMENT OF CORRECTIONS
## Individual Inmate Detention Record

**ATTORNEY - CLIENT COMMUNICATION**

Inmate Name (Last, First, M.I.): Skinner

ADC Number: 193397

Institution/Unit: ASPC/E/Browning

Cell Location: 1-Baker-3

Reason for Detention: ☐ Administrative ☐ Disciplinary
☐ Pending PS ☐ Investigation ☐ Medical Observation

Week Beginning | Release Date | Review Date

Pertinent Information | Disciplinary Information

| Date | Shift | Meals B L D | Shower Times In Out | Exercise Times In Out | Razor In Out | Hair Cut Y/N | Medical In Out Initial | Phone On Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | Com Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 11-28-11 | Night | | | | | | | | | | | | | |
| | Day | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | |
| TUESDAY 11-29-11 | Night | | | | | | | | | | | | | |
| | Day | √ √ | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | |
| WEDNESDAY 11-30-11 | Night | | √ | | | | | | | | | | | |
| | Day | √ | | | | | | | | | | | | |
| | Swing | N N √ | | | | | | | | | | | | |
| THURSDAY 12-1-11 | Night | | | | | | | | | | | | | |
| | Day | √ √ | | | | | | | | | | √ RC2816 | 2748 HB | |
| | Swing | √ √ √ | | | | | | | | | | Cell integrity | K125P | 12-2816 |
| FRIDAY 12-2-11 | Night | | | | | | | | | | | | | |
| | Day | √ √ | 0743 0841 R 04 0783 | | | | | | | | | Medical 1210 Cell integrity | K125P | N4739 BM42A1 |
| | Swing | | | | | | | | | | | | 1 26cc | N0344 |
| SATURDAY 12-3-11 | Night | | | | | | | | | | | | | |
| | Day | Y Y | | | | | | | | | | Cell integrity | fn | PM0616 |
| | Swing | | √ | | | | | | | | | | | NU-1841 |
| SUNDAY 12-4-11 | Night | | | | | | | | | | | | | NU-252 |
| | Day | 3 √ | 740 913 | RC630 | 740 841 | | | | | | | Cell-Int | | IV 8297 |
| | Swing | | √ | | | | | | | | | | | 7259Mb |

LEGEND: See reverse

Cell integrity check must be conducted and logged on the pod sheet anytime an inmate leaves his cell.

Skinner 000001

804-3
8/26/09

ARIZONA DEPARTMENT OF CORRECTIONS

**ATTORNEY - CLIENT COMMUNICATION**

AG/Skinner 000002

Individual Inmate Detention Record

Inmate Name (Last, First M.I.): Skinner
ADC Number: 143587
Institution/Unit: Eyman / Browning
Cell Location: 1 B 36

Reason for Detention:
☐ Pending PS   ☐ Investigation   ☐ Administrative   ☐ Disciplinary
Pertinent Information:

| Date | Shift | Meals | | | Shower Times | | Exercise Times | | Razor | | Hair Cut | Medical | | | Phone | | Cell Cleaning | Laundry Exchange | Linen Exchange | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | L | D | In | Out | In | Out | In | Out | Y/N | In | Out | Initial | On | Off | Y/N | Y/N | Y/N | | | |
| MONDAY 12/19/11 | Night | | | | | | | | | | | | | | | | | | | | | DeNthen |
| Date | Day | Y | | | | | | | | | | | | | | | | | | | | R012Lu |
| | Swing | | Y | | | | | | | | | | | | | | | | | | | 43738 |
| TUESDAY 12/20/11 | Night | | | | | | | | | | | | | | | | | | | | | M9211 |
| Date | Day | X | Y | | 0921 0921 | 0921 0921 | | | | | | | | | | | | | | | | 012062 |
| | Swing | | Y | | | | | | | | | | | | | | | | | | | 012062 |
| WEDNESDAY 12/21/11 | Night | | | | | | | | | | | | | | | | | | | | | |
| Date | Day | Y | Y | | | | | | | | | | | X | | | | | | Fela Deputy | | 042062 |
| | Swing | | | Y | | | | | | | | | | | | | | | | | | |
| THURSDAY 12/22/11 | Night | | | | | | | | | | | | | | | | | | | | | |
| Date | Day | Y | Y | | | | | | | | | | | | | | | | | cell clothes | B7 | 340CC EK |
| | Swing | | | Y | | | | | | | | | | | | | Y/N | | | | | 81-257 |
| FRIDAY 12/23/11 | Night | | | | | | | | | | | | | | | | | | | | | 2408 3267 |
| Date | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | 341 1555 |
| | Swing | | | | | | | | | | | | | | | | | | | | | 143-3348 |
| SATURDAY 12/24/11 | Night | | | | | | | | | | | | | | | | | | | | | 143 8771 |
| Date | Day | Y | Y | | | | | | | | | | | | | | | | | | | 5250 |
| | Swing | | Y | Y | | | | | | | | | | | | | | | | | | 4258 |
| SUNDAY 12/25/11 | Night | | | | | | | | | | | | | | | | | | | | | MR/589 |
| Date | Day | Y | | Y | | | | | | | | | | | | | | | | | | SLM 2129 |
| | Swing | | | | 0791 0591 | 10:55 | | 1035 | | | | | | | | | | | | | | 542258 |
| Date | | | | | | | | | | | | | | | | | | | | Cell Extract | | 542903 |
| | | | | | | | | | | | | | | | | | | | | | | D342.2 |

LEGEND: See reverse

804-5
8/28/09

15

# ARIZONA DEPARTMENT OF CORRECTIONS

## Individual Inmate Detention Record

**ATTORNEY - CLIENT COMMUNICATION**

Inmate Name (Last, First M.I.): **SKINNER**
ADC Number: **1933 87**
Institution/Unit: **ASPC-E/Browning**
Cell Location: **1-B-3**

Reason for Detention:
☐ Pending PS   ☐ Administrative   ☐ Investigation   ☐ Disciplinary   ☐ Medical Observation

Pertinent Information

Disciplinary Information

| Week Beginning | Release Date | Review Date |
|---|---|---|

| Date | Shift | Meals B | Meals L | Meals D | Shower Times In | Shower Times Out | Exercise Times In | Exercise Times Out | Razor In | Razor Out | Hair Cut Y/N | Medical In | Medical Out | Medical Initial | Phone On | Phone Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 1-9-12 | Night | | | | | | | | | | | | | | | | | | | | | MnCTN |
| Date | Day | ɣ ɣ | | | | | | | | | | | | | | | | | | | | RET-89 |
| | Swing | | | ɣ | | | | | | | | | | | | | | | | | | Razor |
| TUESDAY 1-10-12 | Night | | | | | | | | | | | | | | | | | | | | | 1-8977 |
| Date | Day | ɣ ɣ | | | 808 909 | ɪ0 | | | | | N | | | | | | N Y | N | | cell #2∅2 | Reid | Reid |
| | Swing | | | ɣ | | | | | | | | | | | | | | | | | | |
| WEDNESDAY 1-11-12 | Night | | | | | | | | | | | | | | | | | | | | | V33-1 |
| Date | Day | ɣ ɣ | | | | | | | | | | | | | | | Y | | | | AIC-15 | IC-2760 |
| | Swing | ɣ | | ɣ | | | | | | | | | | | | | | | | | | 8n-16133 |
| THURSDAY 1-12-12 | Night | | | | | | | | | | | | | | | | | | | | | V-337-9 |
| Date | Day | ɣ ɣ | | | | | | | | | | | | | | | ✓ ✓ | ✓ | ✓ | | | R229K |
| | Swing | | | ɣ | | | | | | | | | | | | | | | | | | NH-IVR |
| FRIDAY 1-13-12 | Night | | | | | | | | | | | | | | | | ✓ ✓ | ✓ | ✓ | | | TC-4968 |
| Date | Day | ɣ ɣ | | ɣ | 0720 0735 | 807 820(W) | | | | | | | | | | | | | | Reid1 Mekeith | MnCTN |
| | Swing | | | | | | | | | | | | | | | | | | | | | K801410 |
| SATURDAY 1-14-12 | Night | | | | | | | | | | | | | | | | | | | | | QF 3015 |
| Date | Day | ɣ ɣ | | ɣ | | | | | | | | | | | | | | | | | | QF-860 |
| | Swing | | | | | | | | | | | | | | | | | | | | | AG-3737 |
| SUNDAY 1-15-12 | Night | | | | | | | | | | | | | | | | | | | | | CL-7807 |
| Date | Day | ɣ ɣ | | | 8m 826 | IK | IK | 800 826 | | | | | | | | | | | | | C. I. | R-290 |
| | Swing | ɣ ɣ | | ✓ | | | | | | | | | | | | | | | | | C. I. | TC19412 |
| | | | | | | | | | | | | | | | | | | | | | | Mn4123H |

LEGEND: See reverse

804-87200

ARIZONA DEPARTMENT OF CORRECTIONS

**ATTORNEY - CLIENT COMMUNICATION**

Individual Inmate Detention Record

Inmate Name (Last, First, M.I.): SKINNER
ADC Number: 193387
Institution/Unit: ASPC-E/Browning
Cell Location: 1-B- 3

| Week Beginning | Release Date | Review Date |
|---|---|---|

Reason for Detention:
☐ Pending PS ☐ Investigation ☐ Administrative ☐ Disciplinary ☐ Medical Observation

Pertinent Information

Disciplinary Information

| Date | Shift | Meals B | L | D | Shower Times In | Out | Exercise Times In | Out | Razor In | Out | Hair Cut Y/N | Medical In | Out | Initial | Phone On | Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 1-23-12 | Night | | | | | | | | | | | | | | | | | | | | | | K783.117 |
| Date | Day | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | K783.117 |
| | Swing | | | ✓ | | | | | | | | | | | | | | | | | | | $ 3419 |
| TUESDAY 1-24-12 | Night | | | ✓ | | | | | | | | | | | | | | | | | | | $ 3419 |
| Date | Day | 4 | 4 | | 712 | 812 | R | 712 | | | | | | | | | | | | Cell Inquiry | OS | B2021 |
| | Swing | 4 | 4 | | 812 | R | | 712 | | | | | | | | | Y | Y | | | | $ 3019 |
| WEDNESDAY 1-25-12 | Night | | | ✓ | | | | | | | | | | | | | | | | | | | MM1435 |
| Date | Day | ✓ | 4 | | ✓ | | | | | | | | | | | | | | | | | | Dir-S |
| | Swing | | | ✓ | | | | | | | | | | | | | | | | | | | $417 |
| THURSDAY 1-26-12 | Night | | | | | | | | | | | | | | | | | | | | | | $417 |
| Date | Day | 9 | 9 | | ✓ | | | | | | | | | | | | | | | | | | C228 |
| | Swing | | | ✓ | | | | | | | | | | | | | | ✓ | | | | | B3-364 |
| FRIDAY 1-27-12 | Night | | | | | | | | | | | | | | | | | | | | | | U147 |
| Date | Day | X | X | | 723 | 851 | P | | | | | | | | | | | | | | | | VB337 |
| | Swing | | | | | | | | | | | | | | | | | | | | | | 180986 |
| SATURDAY 1-28-12 | Night | | | | | | | | | | | | | | | | | | | | | | 1st S2N |
| Date | Day | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | B846S |
| | Swing | | ✓ | | | | | | | | | | | | | | | | | | | | Dus876 |
| SUNDAY 1-29-12 | Night | | | | | | | | | | | | | | | | | | | | | | K4533,2 |
| Date | Day | 4 | 4 | | 0736 | 0800 | 812 | 0800 | | | | | | | | | | | | Cell Integrity | | DEB80 |
| | Swing | | | ✓ | | | | | | | | | | | | | | | | | | | MM 9224 |

LEGEND: See reverse

AG/Skimmer 000004

806-8280C

# ARIZONA DEPARTMENT OF CORRECTIONS

## Individual Inmate Detention Record

**ATTORNEY - CLIENT COMMUNICATION**

Inmate Name (Last, First M.I.): Skinner

ADC Number: 143737

Institution/Unit: ASPC-E/Browning

Cell Location: 1-B- 5

Week Beginning: 2-6-13

Release Date

Review Date

Reason for Detention:
- [ ] Pending PS
- [ ] Investigation
- [ ] Administrative
- [ ] Disciplinary
- [ ] Medical Observation

Pertinent Information

Disciplinary Information

| Date | Shift | Meals (B L D) | Shower Times (In Out) | Exercise Times (In Out) | Razor (In Out) | Hair Cut (Y/N) | Medical (In Out Initial) | Phone (On Off) | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 2-6-12 | Night | | | | | | | | | | | | | |
| | Day | √ √ | | | | | | | | | | | | |
| | Swing | √ | | | | | | | | | | | | |
| TUESDAY 2-7-12 | Night | | | | | | | | | | | | | |
| | Day | √ √ | 806 | 835 | √ √ | | | | | | | collBsgDy | | AT 935 D1/830 |
| | Swing | √ | | | | | | | | | | | | |
| WEDNESDAY 2-8-12 | Night | | | | | | | | | | | | | |
| | Day | √ √ | | | | | | | | | | | | |
| | Swing | √ | | | | | | | | | | | | |
| THURSDAY 2-9-12 | Night | √ √ | | | | | | | X | | | | | |
| | Day | √ √ | | | | | | | | | | | | |
| | Swing | √ | | | | | | | | | | | | |
| FRIDAY 2-10-12 | Night | | | | | | | | | | | | | |
| | Day | X √ | 745 | 855 | R 734 | | | | | | | Cell Int | | |
| | Swing | √ | | | | | | | | Y | | | | |
| SATURDAY 2-11-12 | Night | | | | | | | | | | | | | |
| | Day | √ | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | |
| SUNDAY 2-12-12 | Night | | | | | | | | | | | | | |
| | Day | √ √ | 0853 1002 | 0853 | R | | | | | | | | | 8789 |
| | Swing | √ | | | | | | | | | | cell integrity | | |

LEGEND: See reverse

AG/Skinner 000005

# ARIZONA DEPARTMENT OF CORRECTIONS

**ATTORNEY - CLIENT COMMUNICATION**

## Individual Inmate Detention Record

Inmate Name (Last, First M.I.): Skinner

ADC Number: 143367

Institution/Unit: ASPC-E/Browning

Cell Location: 1-B-3

| Week Beginning | Release Date | Review Date |
|---|---|---|

Reason for Detention: ☐ Pending PS  ☐ Investigation  ☐ Administrative  ☐ Disciplinary  ☐ Medical Observation

Pertinent Information

Disciplinary Information

| Date | Shift | Meals B | L | D | Shower Times In | Out | Exercise Times In | Out | Razor In | Out | Hair Cut Y/N | Medical In | Out | Initial | Phone On | Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 2-13-12 Date | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | | |
| TUESDAY 2-14-12 Date | Night | | | 4 | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | 0812,0829 | R | 0812 | | | | | | | | | | | ✓ | | cell integrity | | |
| | Swing | | | 4 | | | | | | | | | | | | | | | | | | |
| WEDNESDAY 2-15-12 Date | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Swing | | 4 | | | | | | | | | | | | | | | | | | | |
| THURSDAY 2-16-12 Date | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Swing | | | 4 | | | | | | | | | | | | | | | | | | |
| FRIDAY 2-17-12 Date | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | 0711, 0826 | R | 0711 | | | | | | | | | | | | | | | |
| | Swing | 4 | 4 | | | | | | | | | | | | | | | | | CELL INTEGRITY | | |
| SATURDAY 2-18-12 Date | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | | |
| SUNDAY 2-19-12 Date | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | 0711 | R | 0711 | | 0745 | | | | | | | | | | | | | |
| | Swing | 4 | 4 | 4 | 0705 | R | | | | | | | | | | | | | | | | |

**LEGEND: See reverse**

AG/Skinner 000006

804-3
8/26/09

19

# ARIZONA DEPARTMENT OF CORRECTIONS
## Individual Inmate Detention Record

**ATTORNEY - CLIENT COMMUNICATION**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Cell Location | Week Beginning | Release Date | Review Date |
|---|---|---|---|---|---|---|
| Skinner, J. | 193387 | ASPC-E/Browning | 1B 3B | | | |

**Reason for Detention:** ☐ Pending PS ☐ Investigation ☐ Administrative ☐ Disciplinary ☐ Medical Observation

**Pertinent Information** | **Disciplinary Information**

| Date | Shift | Meals (B L D) | Shower Times (In / Out) | Exercise Times (In / Out) | Razor (In / Out) | Hair Cut (Y/N) | Medical (In / Out / Initial) | Phone (On / Off) | Cell Cleaning (Y/N) | Laundry Exchange (Y/N) | Linen Exchange (Y/N) | Other (Specify) | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 2-20-12 | Night | | | | | | | | | | | | |
| | Day | √ √ | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | |
| TUESDAY 2-21-12 | Night | | | | | | | | | | | | |
| | Day | √ √ | 813 707 | 678 776 675 678 √ | | | | | | | | | |
| | Swing | √ | | | | | | | | | cell integrity | |
| WEDNESDAY 2-22-12 | Night | | | | | | | | | √ √ | √ | | |
| | Day | √ √ | | | | | | | √ | √ √ | | cell integrity | |
| | Swing | | | | | | | | √ | | | | |
| THURSDAY 2-23-12 | Night | | | | | | | | | | | | |
| | Day | √ √ | √ | | | | | | | | | | |
| | Swing | | √ | | | | | | | | | | |
| FRIDAY 2-24-12 | Night | | | | | | | | | | | | |
| | Day | √ √ | 0722 0714 R | 0730 | | | | | N Y | Y | | cell integrity | |
| | Swing | √ | | | | √ | | | | | | | |
| SATURDAY 2-25-12 | Night | | | | | | | | | Y | Y | | |
| | Day | √ √ | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | |
| SUNDAY 2-26-12 | Night | | | | | | | | | | | | |
| | Day | √ √ | 0110 0521 0702 R | | | | | | | | | | |
| | Swing | | √ | | | | | | | | | | |

**LEGEND:** See reverse

AG/Skinner 000007

80A-3 8/28/09

ARIZONA DEPARTMENT OF CORRECTIONS

Individual Inmate Detention Record

ATTORNEY - CLIENT
COMMUNICATION

Inmate Name (Last, First M.I.): Skinner

ADC Number: 193387

Institution/Unit: ASPC-E/Browning

Cell Location: 1-B-3B

Reason for Detention
☐ Pending PS  ☐ Investigation  ☐ Administrative  ☐ Disciplinary  ☐ Medical Observation

Pertinent Information

Disciplinary Information

| Week Beginning | Release Date | Review Date |
|---|---|---|

| Date | Shift | Meals | | | | Shower Times | | Exercise Times | | Razor | | Hair Cut | Medical | | | Phone | | Cell Cleaning | Laundry Exchange | Linen Exchange | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | L | D | In | Out | In | Out | In | Out | Y/N | In | Out | Initial | On | Off | Y/N | Y/N | Y/N | | | |
| MONDAY 2-27-12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | | ✓ | | | | | | | | | | | | | | | | | | | |
| Date | Swing | | ✓ | ✓ | | | | | | | | | | | | | | | | | | |
| TUESDAY 2-28-12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | ✓ | ✓ | ✓ | 0719 | 0819 | 0719 | P | | | | | | | | | | | | | | |
| Date | Swing | | | | | | | | | | | | | | | | | | | | | |
| WEDNESDAY 2-29-12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | ✓ | ✓ | | | | | | | | | | | | | | | | | | | |
| Date | Swing | | | ✓ | | | | | | | | | | | | | | | | | | |
| THURSDAY 3-1-12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | ✓ | ✓ | | | | | | | | | | | | | | | | | | | |
| Date | Swing | | | | | | | | | | | | | | | | | | | | | |
| FRIDAY 3-2-12 | Night | | | ✓ | | | | | | | | | | | | | | | | | | |
| | Day | ✓ | ✓ | | 005 | 005 | 005 | 005 | 005 | 005 | 2 | | | | | | | | | | | |
| Date | Swing | | | | 005 | 12 | | | | | | | | | | | | | | | | |
| SATURDAY 3-3-12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | ✓ | ✓ | | | | | | | | | | | | | | | | ✓ | | | |
| Date | Swing | | ✓ | | | | | | | | | | | | | | | | | | | |
| SUNDAY 3-4-12 | Night | | ✓ | | | | | | | | | | | | | | | | | | | |
| | Day | | ✓ | ✓ | 0821 | 0921 | 0631 | 912 | | | | | | | | | | | | | | |
| Date | Swing | | | | | | | | | | | | | | | | | | | | | |

LEGEND: See reverse

804-
8/28/01

ARIZONA DEPARTMENT OF CORRECTIONS

Individual Inmate Detention Record

**ATTORNEY - CLIENT COMMUNICATION**

Inmate Name (Last, First M.I.): Skinner

ADC Number: 193387

Institution/Unit: ASPC-E/Browning

Cell Location: 1-B-3B

Reason for Detention:
- [ ] Pending PS
- [ ] Investigation
- [ ] Administrative
- [ ] Disciplinary
- [ ] Medical Observation

Pertinent Information

Disciplinary Information

Week Beginning ____ Release Date ____ Review Date ____

| Date | Shift | Meals (B L D) | Shower Times (In/Out) | Exercise Times (In/Out) | Razor (In/Out) | Hair Cut (Y/N) | Medical (In/Out/Initial) | Phone (On/Off) | Cell Cleaning (Y/N) | Laundry Exchange (Y/N) | Linen Exchange (Y/N) | Other (Specify) | CO# Initials | Staff Initials/Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 3-12-12 | Night | | | | | | | | | | | | | |
| | Day | ✓ ✓ ✓ | | | | | | | | | | | | |
| | Swing | ✓ ✓ | | | | | | | | | | | | |
| TUESDAY 3-13-12 | Night | | | | | | | | | | | | | |
| | Day | ✓ ✓ | 0723 0723 | R 0023 | | | | | | | | cell cleaned | | |
| | Swing | ✓ | | | | | | | | | | | | |
| WEDNESDAY 3-14-12 | Night | | | | | | | | | | | | | |
| | Day | ✓ ✓ | | | | | | | ✓ | ✓ ✓ | | m/clothes wipes | | |
| | Swing | ✓ ✓ | | | | | | | | | | 2 peson | | |
| THURSDAY 3-15-12 | Night | | | | | | | | | | | | | |
| | Day | ✓ ✓ | | | | | | | | | | | | |
| | Swing | ✓ | | | | | | | | | | | | |
| FRIDAY 3-16-12 | Night | | | | | | | | | | | | | |
| | Day | ✓ ✓ | 0830 0847 | R 0830 | | | | | | ✓ | | cell integrity | | |
| | Swing | ✓ | | | | | | | | | | | | |
| SATURDAY 3-17-12 | Night | | | | | | | | | | | | | |
| | Day | ✓ ✓ | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | |
| SUNDAY 3-18-12 | Night | | | | | | | | | | | | | |
| | Day | ✓ ✓ | 720 851 | 9:18 PM | ✓ | | | | | | | cell integrity | | |
| | Swing | | | | | | | | | | | | | |

LEGEND: See reverse

AG/Skinner 000009

22

804-3
820009

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Individual Inmate Detention Record**

**ATTORNEY - CLIENT COMMUNICATION**

Inmate Name (Last, First M.I.) _Skinner_
ADC Number _19335?_
Institution/Unit _ASPC-E/Browning_
Cell Location _1-B-38_
Week Beginning ___  Release Date ___  Review Date ___

Reason for Detention:
- [ ] Pending PS
- [ ] Investigation
- [ ] Administrative
- [ ] Disciplinary
- [ ] Medical Observation

Pertinent Information ___
Disciplinary Information ___

| Date | Shift | Meals (B/L/D) | Shower Times (In/Out) | Exercise Times (In/Out) | Razor (In/Out) | Hair Cut (Y/N) | Medical (In/Out/Initial) | Phone (On/Off) | Cell Cleaning (Y/N) | Laundry Exchange (Y/N) | Linen Exchange (Y/N) | Other (Specify) | COIII Initials | Staff Initials/Badge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 3-26-12 | Night | | | | | | | | | | | | | HRKETP |
| | Day | Y Y | | | | | | | | | | | | 878-1 |
| | Swing | Y Y | | | | | | | | | | | | GF 855 |
| TUESDAY 3-27-12 | Night | Y | | | | | | | | | | | | DMM |
| | Day | 9 9 | | | | | | | | | | | | ar-3301 |
| | Swing | Y | | | | | | | | | | | | |
| WEDNESDAY 3-28-12 | Night | | | | | | | | | | | | Cell Forgoing | re-244 |
| | Day | Y Y | | | | | | Y | | | | | | cm-302 |
| | Swing | Y | | | | | | | | | | | | |
| THURSDAY 3-29-12 | Night | | | | | | | | | | | | | Pa 2-52 |
| | Day | Y Y | | | | | | | | | | Cell Integrity | ce 3446 |
| | Swing | Y | | | | | | | | | | | | R Hicks |
| FRIDAY 3-30-12 | Night | | | | | | | | | | | | | Y 053 |
| | Day | Y Y | ac 938 | 938 | 938 | | | | | | | Cell Integrity | ce 3463 |
| | Swing | Y | Rad 65 | 65 | | | | | | | | | | MMI52 |
| SATURDAY 3-31-12 | Night | | | | | | | | | Y | | | | OMBER |
| | Day | Y Y | | | | | | | | | | | | ce 3461 |
| | Swing | Y | | | | | | | | | | | | 155633 |
| SUNDAY 4-1-12 | Night | | 938 | 938 | | | | | | | | | | DEMED |
| | Day | Y Y | 655 | | | | | | | | | | | mU0846 |
| | Swing | Y | | | | | | | | | | Cell integrity | | |

**LEGEND**: See reverse

AG/Skinner 000010

23

**ATTORNEY - CLIENT COMMUNICATION**

ARIZONA DEPARTMENT OF CORRECTIONS

Individual Inmate Detention Record

Inmate Name (Last, First M.I.): Skinner

ADC Number: 193387

Institution/Unit:

Cell Location: 1-B-K-C-3

Week Beginning: 4/2/12   Release Date   Review Date

Reason for Detention:
- [ ] Protective [ ] Investigation [ ] Administrative [ ] Medical Observation [ ] Disciplinary

Pertinent Information

Disciplinary Information

| Day | Shift | Meals B L D | Shower Times In / Out | Exercise Times In / Out | Razor In / Out | Hair Cut Y/N | Medical In / Out / Initial | Phone On / Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date | Night | | | | | | | | | | | | | |
| | Day | Y Y Y | | | | | | | | | | | | thru TR |
| | Swing | Y | | | | | | | | | | | | M X U A |
| TUESDAY Date | Night | | | | | | | | | | | | | PH02a2 |
| | Day | Y Y | 07h 08h4 05h-A5 | | | | | | | | | | | 101288 |
| | Swing | Y | | | | | | | | | | | | 02ec |
| WEDNESDAY Date | Night | | | | | | | | | | | | | |
| | Day | Y | | | | | | | | | | vet read.M | N N N | |
| | Swing | Y | | | | | | | | | | | | |
| THURSDAY Date | Night | | | | | | | | | | | | | 8787 |
| | Day | Y Y | 072 075 | 072 072 | | | | | | | | | (S) | PP 287 |
| | Swing | | | | | | | | | | | | | Mr 8374 |
| FRIDAY Date | Night | | | | | | | | | | | | | J K 8555 |
| | Day | Y | 072 075 | 072 062z | | | | | | | | cell I4.5 | | R H82c9 |
| | Swing | Y | | | | | | | | Y Y | | | | K2531 |
| SATURDAY Date | Night | | | | | | | | | | | | | 1-8577 |
| | Day | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | |
| SUNDAY Date 4/7/12 | Night | | | | | | | | | | | | | |
| | Day | Y Y | 721 8/2 | 8.5 02.2 7.5 | | | | | | | | cell integrity | | HHR1718 |
| | Swing | Y | | 7.5 3/2 | | | | | | | | | | R 6100 |

LEGEND: See reverse

AG/Skinner 000011

24

ARIZONA DEPARTMENT OF CORRECTIONS
Individual Inmate Detention Record

**ATTORNEY - CLIENT COMMUNICATION**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Cell Location | Week Beginning | Release Date | Review Date |
|---|---|---|---|---|---|---|
| Skinner | 193387 | ASPC-E/Browning | 1-B-3 | | | |

Reason for Detention:
☐ Pending PS  ☐ Investigation  ☐ Administrative  ☐ Disciplinary  ☐ Medical Observation

Pertinent Information

Disciplinary Information

| Date | Shift | Meals B L D | Shower Times In / Out | Exercise Times In / Out | Razor In / Out | Hair Cut Y/N | Medical In / Out | Initial | Phone On / Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 4-9-12 | Night | | | | | | | | | | | | | | |
| Date | Day | X y | | | | | | | | | | | | | A/S |
| | Swing | | | | | | | | | | | | | | R-7649 |
| TUESDAY 4-10-12 | Night | | | | | | | | | | | | | As 1917 | |
| Date | Day | y y | 845 857 | R | | | | | | | | | | 1824 |
| | Swing | y y | | 845 | | | | | | | | | Cell integrity | 1046240 |
| WEDNESDAY 4-11-12 | Night | | | | | | | | | | | | | | |
| Date | Day | y y | | | | | | | | | | | | THE 3010 |
| | Swing | y y | | | | | | | | | | | | 64993 |
| THURSDAY 4-12-13 | Night | | | | | | | | | | | | | | |
| Date | Day | y y | | | | | | | | | | | | Avril 44 |
| | Swing | y y | | | | | | | | | | | | |
| FRIDAY 4-13-14 | Night | | | | | | | | | | | | | | |
| Date | Day | y y | 0727 0804 | R 0727 | | | | | | | | | Cell Safety | |
| | Swing | | | | | | | | | | | | | | |
| SATURDAY 4-14-15 | Night | | | | | | | | | | | | | | |
| Date | Day | y | | | | | | | | | | | | |
| | Swing | y | | | | | | | | | | | | |
| SUNDAY 4-15-16 | Night | | | | | | | | | | | | | | |
| Date | Day | y y | 0804 0803 | R R | | | | | | | | | cell intreg | |
| | Swing | y | | | | | | | | | | | | |

LEGEND: See reverse

AG/Skinner 000012

804-3
3/28/09

25

**ARIZONA DEPARTMENT OF CORRECTIONS**

**ATTORNEY - CLIENT COMMUNICATION**

Individual Inmate Detention Record

Inmate Name (Last, First M.I.): Skinner

ADC Number: 193267

Institution/Unit: eymo - browning

Cell Location: i-baker-3

Week Beginning: 4/23/12

Reason for Detention:
☐ Pending P/S ☐ Investigation ☐ Administrative ☐ Disciplinary ☐ Medical Observation

Pertinent Information:

Disciplinary Information:

| Day | Shift | Meals B L D | Shower Times In Out | Exercise Times In Out | Razor In Out | Hair Cut Y/N | Medical In Out Initial | Phone On Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | CO/II Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 4/23/12 Date | Day | Y Y Y | | | | | | | | | | | |
| | Night | | | | | | | | | | | | |
| | Swing | Y | | | | | | | | | | | |
| TUESDAY 4/24/12 Date | Day | Y Y | Till T2C 12 610 | | | | | | | | | | |
| | Night | | | | | | | | | | | | |
| | Swing | Y | | | | | | | | | | Cell #A4 | |
| WEDNESDAY 4/25/12 Date | Day | Y X | | | | | | | N N | | | | |
| | Night | | | | | | | | | | | | |
| | Swing | X X | | | | | Y | | N N | | | | |
| THURSDAY 4/26/12 Date | Day | | | | | | | | | | | | |
| | Night | | | | | | | | | | | | |
| | Swing | Y Y Y | | | | | | | | | | | |
| FRIDAY 4/27/12 Date | Day | Y Y | 0746 0803 @ 0746 | | | | | | | | | Cell Bake-7 | |
| | Night | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | |
| SATURDAY 4/28/12 Date | Day | Y N | Y | | | | | | | | | | |
| | Night | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | |
| SUNDAY 4/29/12 Date | Day | Y Y | Y | | | | | | | | | | |
| | Night | | | | | | | | | | | | BOC G05-2K | |
| | Swing | Y Y | Y | | | | | | | | | coffee | |

LEGEND: See reverse

AG/Skinner 000013

26

ARIZONA DEPARTMENT OF CORRECTIONS

**ATTORNEY - CLIENT COMMUNICATION**

Individual Inmate Detention Record

Inmate Name (Last, First MI): Skinner

ADC Number: 193387

Institution/Unit: Eyman / browning

Cell Location: i-bkc-3B

Week Beginning: 4/30/12

Release Date:

Service Date:

Reason for Detention:
☐ Pending PS  ☐ Investigation  ☐ Administrative  ☐ Disciplinary  ☐ Medical-Observation

Pertinent Information

Disciplinary Information

| Date | Shift | Meals B L D | Shower Times In Out | Exercise Times In Out | Razor In Out | Hair Cut Y/N | Medical In Out Initial | Phone On Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | COM Initial | Staff Initials Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 4/30/12 | Day | ✓✓ | | | | | | | | | | | | |
| Date | Night | ✓ | | | | | | | | | | | | |
| TUESDAY 5/1/12 | Day | ✓✓ | ✓ | | | | | | | | | Cell Int | | |
| Date | Swing | ✓✓ | 730 838 | 820 | | | | | | | | | | |
| WEDNESDAY 5/2/12 | Night | ✓✓ | | | | | | | | | | | | |
| Date | Day | ✓✓ | | | | | | | | | | MailClip | | |
| THURSDAY 5/3/12 | Swing | ✓✓ | | | | | | | | ✓ | | | | |
| Date | Night | ✓✓ | | | | | | | | | | | | |
| FRIDAY 5/4/12 | Day | ✓✓ | 1301 1305 | | | | | | | | | Cell Int | | |
| Date | Swing | | | | | | | | | | | | | |
| SATURDAY 5/5/12 | Night | ✓ | | | | | | | | | | | | |
| Date | Day | ✓✓ | ✓ | | | | | | | | | | | |
| SUNDAY 5/6/12 | Swing | ✓ | | | | | | | | | | | | |
| Date | Night | ✓✓ | | | | | | | | | | | | |
| | Day | ✓✓ | 710 820 | 820 | ✓✓ | | | | | | | Cellilat | | |
| | Swing | | | | | | | | | | | | | |

LEGEND: See reverse

AG/Skinner 000014

27

# ARIZONA DEPARTMENT OF CORRECTIONS

## ATTORNEY - CLIENT COMMUNICATION

### Individual Inmate Detention Record

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Cell Location | Week Beginning | Release Date |
|---|---|---|---|---|---|
| SKINNER | 193387 | EYMAN / BROWNING | 1-B-3B | 5/7/12 | |

☐ Pending PS  ☐ Investigation  ☐ Administrative  ☐ Disciplinary  ☐ Medical Observation

Reason for Detention

Pertinent Information    Disciplinary Information

| Date | Shift | Meals B | L | D | Shower Times In | Out | Exercise Times In | Out | Razor In | Out | Hair Cut Y/N | Medical In | Out | Initial | Phone On | Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 5/7/12 | Night | | | | | | | | | | | | | | | | | | | | |
| Date | Day | Y | Y | | | | | | | | | | | | | | | | | | |
| | Swing | Y | Y | | | | | | | | | | | | | | | | | | |
| TUESDAY 5/8/12 | Night | Y | Y | | 105 | 1100 | 16 | 17 | Y | Y | N | | | | | | | | | Yes 1-Spirit | |
| Date | Day | | | Y | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| WEDNESDAY 5/9/12 | Night | Y | | | | | | | | | | | | | | | | | | | |
| Date | Day | Y | Y | Y | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| THURSDAY 5/10/12 | Night | | | | | | | | | | | | | | | | | | | | |
| Date | Day | | | | | | | | | | | | | | | Y | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| FRIDAY 5/11/12 | Night | | | | | | | | | | | | | | | | | | | | |
| Date | Day | Y | Y | | Y | 1100 1205 | 8 | 8 | Y | Y | | | | | | | | | | Cell indigents | Kt 36M |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| SATURDAY 5/12/12 | Night | | | | | | | | | | | | | | | | | | | | |
| Date | Day | Y | Y | | Y | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| SUNDAY 5/13/12 | Night | | | | | | | | | | | | | | | | | | | | |
| Date | Day | Y | Y | | Y | | Y | Y | Y | Y | N | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |

LEGEND: See reverse

AG/Skinner 000015

28

# ATTORNEY - CLIENT COMMUNICATION

## ARIZONA DEPARTMENT OF CORRECTIONS
### Individual Inmate Detention Record

Inmate Name (Last, First MI): Skinner
ADC Number: 193387
Institution/Unit: Eyman - Browning
Cell Location: 1-B-93
Week Beginning: [illegible]

Reason for Detention: ☐ Parking PS* ☐ Investigation ☐ Administrative ☐ Disciplinary ☐ Medical Observation

Pertinent Information

Disciplinary Information

| Date | Shift | Meals | | | | Shower Times | | Exercise Times | | Razor | | Hair Cut | Medical | | | Phone | | Cell Cleaning | Laundry Exchange | Linen Exchange | Other (Specify) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | L | D | | In | Out | In | Out | In | Out | Y/N | In | Out | Initial | On | Off | Y/N | Y/N | Y/N | |
| MONDAY 5/14/12 Date | Night | | | | | | | | | | | | | | | | | | | | |
| | Day | Y | | | | | | | | | | | | | | | | | | | |
| | Swing | | Y | | | | | | | | | | | | | | | | | | |
| TUESDAY 5/15/12 Date | Night | | | | | | | | | | | | | | | | | | | | |
| | Day | Y | Y | | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| WEDNESDAY 5/16/12 Date | Night | | | | | | | | | | | | | | | | | | | | |
| | Day | Y | Y | | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| THURSDAY 5/17/12 Date | Night | | | | | | | | | | | | | | | | | | | | |
| | Day | Y | Y | Y | | | | | | | | | | | | | | | | | |
| | Swing | | Y | Y | | | | | | | | | | | | | | | | | |
| FRIDAY 5/18/12 Date | Night | | | | | | | | | | | | | | | | | | | | |
| | Day | Y | | Y | | | | | | | | | | | | | | | | | |
| | Swing | | Y | Y | | | | | | | | | | | | | | | | | |
| SATURDAY 5/19/12 Date | Night | | | | | | | | | | | | | | | | | | | | |
| | Day | Y | Y | | | | | | | | | | | | | Y | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |
| SUNDAY 5/20/12 Date | Night | | | | | | | | | | | | | | | | | | | | |
| | Day | Y | Y | 14N 15te R | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | |

LEGEND: See reverse

# ARIZONA DEPARTMENT OF CORRECTIONS

## Individual Inmate Detention Record

ATTORNEY - CLIENT COMMUNICATION

Inmate Name (Last, First M.I.): Skinner

ADC Number: 193587

Institution/Unit: ASPC-E/Browning

Cell Location: 1-A-55  4-B-39

Reason for Detention:
☐ Pending PS   ☐ Investigation   ☐ Administrative   ☐ Disciplinary   ☐ Medical Observation

Pertinent Information:

Disciplinary Information:

Week Beginning | Release Date | Review Date

| Date | Shift | Meals (B/L/D) | Shower Times (In/Out) | Exercise Times (In/Out) | Razor (In/Out) | Hair Cut (Y/N) | Medical (In/Out/Initial) | Phone (On/Off) | Cell Cleaning (Y/N) | Laundry Exchange (Y/N) | Linen Exchange (Y/N) | Other (Specify) | COIII Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY Date 5/28/12 | Night | | | | | | | | | | | | | |
| | Day | √ | | | | | | | | | | | | |
| | Swing | | √ | | | | | | | | | | | |
| TUESDAY Date 5/29/12 | Night | √ | | | | | | | | | | | | |
| | Day | √ | √ | | | | | | | | | | | |
| | Swing | | | √ | | | | | | | | | | |
| WEDNESDAY Date 5/30/12 | Night | | | | | | | | | | | | | |
| | Day | √ | √ | | | | | | | | | cell lookup | | |
| | Swing | | | √ | | | | | | | | | | |
| THURSDAY Date 5/31/12 | Night | | | | | | | | | | | | | |
| | Day | √ | √ | | | | | | | | | | | |
| | Swing | | √ | | | | | | | | | | | |
| FRIDAY Date 6/1/12 | Night | | | | | | | | | | | | | |
| | Day | √ | √ | | | | | | | | √ | | cell vote | | |
| | Swing | | | √ | | | | | | | | | | |
| SATURDAY Date 6/2/12 | Night | | | | | | | | | | | | | |
| | Day | √ | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | |
| SUNDAY Date 6/3/12 | Night | | | | | | | | | | | | | |
| | Day | √ | √ | | | | | | | | | | | |
| | Swing | | √ | | | | | | | | | | Cell lookup | | |

LEGEND: See reverse

AG/Skinner 000017

804-3
8/28/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## ATTORNEY - CLIENT COMMUNICATION

### Individual Inmate Detention Record

Inmate Name (Last, First M.I.): Skinner

ADC Number: 193387

Institution/Unit: ASPC-E/Browning

Cell Location: 2-F-57

Reason for Detention:
☐ Pending PS  ☐ Investigation  ☐ Administrative  ☐ Disciplinary  ☐ Medical Observation

Pertinent Information

Week Beginning | Release Date | Review Date

Disciplinary Information

| Date | Shift | Meals (B L D) | Shower Times (In/Out) | Exercise Times (In/Out) | Razor (In/Out) | Hair Cut (Y/N) | Medical (In/Out) | Initial | Phone (On/Off) | Cell Cleaning (Y/N) | Laundry Exchange (Y/N) | Linen Exchange (Y/N) | Other (Specify) | COIII Initials | Staff Initials/Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 7-9-12 | Night | | | | | | | | | | | | | | |
| Date | Day | ✓ | | | | | | | | | | | | | 253 b |
| | Swing | ✓ ✓ | 1824 1728 | | | | | | | | | | | | 24027 |
| TUESDAY 7-10-12 | Night | | | | | | | | | | | | | | |
| Date | Day | ✓ ✓ | 1825 1851 1956 1324 | | | | | | | | | | | | 262263 |
| | Swing | 14 ✓ | 1728 | | | | | | | | | | | | |
| WEDNESDAY 7-11-12 | Night | ✓ ✓ | 852 | | | | | | | | | | cell 2xdisagrees | M04596 | |
| Date | Day | ✓ | 1641 1491 1852 | | | | | | | | | | cell 2xdisagrees | JME 487L | |
| | Swing | | | | | | | | | | | | | | |
| THURSDAY 7-12-12 | Night | ✓ | | | | | | | | | | | | CC 3x08 | AG 4671 |
| Date | Day | ✓ | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | |
| FRIDAY 7-13-12 | Night | ✓ ✓ | | | | | | | | | | | | | HAZETRM |
| Date | Day | ✓ | | | | | | | | | | | | | C3R.4424 |
| | Swing | | | | | | | | | | | | | | C25560 |
| SATURDAY 7-14-12 | Night | | | | | | | | | | | | | cell intoxrefuse | SG5734 |
| Date | Day | ✓ | 1526 1854 1954 1824 | 1854 1824 | | | | | | | | | | AH 4591 |
| | Swing | | | | | | | | | | | | | | 10 2111 |
| SUNDAY 7-15-12 | Night | | | | | | | | | | | | | | DA 4411 |
| Date | Day | | | | | | | | | | | | | | 754 12-15 |
| | Swing | ✓ | 1824 1728 1824 1954 | 852 1858 1826 | | | | | Y | | | | Calahaysh | D5oan |

LEGEND: See reverse

801-3
3/28/09

31

**ARIZONA DEP... MENT OF CORRECTIONS**

**Individual Inmate Detention Record**

**ATTORNEY - CLIENT COMMUNICATION**

Inmate Name (Last, First M.I.) **Skinner**

ADC Number **193387**

Institution/Unit **Browning**

Cell Location **2-F-516**

Week Beginning **9/10/12**

Release Date

Review Date

Reason for Detention:
☐ Pending PS  ☐ Investigation  ☐ Administrative  ☐ Disciplinary  ☐ Medical Observation

Pertinent Information

Disciplinary Information

| Date | Shift | Meals B | Meals L | Meals D | Shower Times In | Shower Times Out | Exercise Times In | Exercise Times Out | Razor In | Razor Out | Hair Cut Y/N | Medical In | Medical Out | Medical Initial | Phone On | Phone Off | Cell Cleaning Y/N | Laundry Exchange Y/N | Linen Exchange Y/N | Other (Specify) | Cell Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY 9/10/12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | y | y | | | | | | | | | | | | | | | | | | | |
| | Swing | | y | y | | | | | | | | | | | | | | | | | | |
| TUESDAY 9/11/12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Swing | | | y | | | | | | | | | | | | | | | y | | | |
| WEDNESDAY 9/12/12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | 3 | 776 | 774 | 698 | 776 | | | | | | | | | | | | Cell Security | | |
| | Swing | | | | | | | | | | | | | | | | | | | | | |
| THURSDAY 9/13/12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | y | | | | | | | | | | | | | | | | | | |
| | Swing | | y | | | | | | | | | | | | | | | | | | | |
| FRIDAY 9/14/12 | Night | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | | | | Chow | | |
| SATURDAY 9/15/12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | | | | | | | | | | | | | | | | | | | |
| | Swing | | | 4 | | | | | | | | | | | | | | | | | | | |
| SUNDAY 9/16/12 | Night | | | | | | | | | | | | | | | | | | | | | |
| | Day | 4 | 4 | 0 | 774 | 774 | 774 | 774 | | | | | | | | | | | | Cell Int | | |
| | Swing | 4 | 4 | | | | | | | | | | | | | | | | | | | |

LEGEND: See reverse

AG/Skinner 000019

32